Certificate Number: 06167-NJ-DE-037528756

Bankruptcy Case Number: 23-14325



06167-NJ-DE-037528756

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2023, at 10:23 o'clock AM CDT, Mollie Pitock completed a course on personal financial management given by internet by Hananwill Financial Education Services, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  June 21, 2023

By:  /s/Jay W Prindable

Name:  Jay W Prindable

Title:  President - Instructor