Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  23−14325−JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mollie R. Pitock
    aka Mollie Rochelle Pitock, aka Mollie
    Pitock
    27 Spar Drive
    Unit B
    Erial, NJ 08081

Social Security No.:
    xxx−xx−6361

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 2, 2023.


Dated: August 2, 2023
JAN: as

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-14325-JNP |
| Mollie R. Pitock | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 02, 2023 | Form ID: plncf13 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mollie R. Pitock, 27 Spar Drive, Unit B, Erial, NJ 08081-2301 |
| 519967578 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519921884 | | Township of Gloucester, Attn: Tax Office, 1261 Chews Landing Rd., Blackwood, NJ 08012 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 02 2023 23:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 02 2023 23:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519921868 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 02 2023 23:53:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519921869 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2023 23:51:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519964281 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 02 2023 23:51:34 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519921870 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2023 23:54:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519944899 | | Email/Text: mrdiscen@discover.com | Aug 02 2023 23:53:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 519921871 | + | Email/Text: mrdiscen@discover.com | Aug 02 2023 23:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519921872 | | Email/Text: bankruptcycourts@equifax.com | Aug 02 2023 23:53:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 519921873 | ^ | MEBN | Aug 02 2023 23:45:09 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519921874 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 02 2023 23:53:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 519921875 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 02 2023 23:54:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519984751 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 02 2023 23:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519971848 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2023 23:51:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519921876 | | Email/Text: EBN@Mohela.com | Aug 02 2023 23:53:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, |

Case 23-14325-JNP    Doc 19    Filed 08/04/23    Entered 08/05/23 00:19:18    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 02, 2023 | Form ID: plncf13 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | | Chesterfield, MO 63005 |
| 519982218 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 02 2023 23:54:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519921877 | + | Email/Text: netcreditbnc@enova.com | Aug 02 2023 23:54:05 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd Suite 1000, Chicago, IL 60604-2863 |
| 519921878 | + | Email/Text: bnc@nordstrom.com | Aug 02 2023 23:53:44 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519984274 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2023 00:02:27 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519977914 | | Email/Text: bnc-quantum@quantum3group.com | Aug 02 2023 23:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519921879 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 02 2023 23:53:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519921880 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2023 23:51:32 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 519980571 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 03 2023 00:02:31 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519921881 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2023 00:02:22 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519921882 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2023 00:02:40 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519984225 | + | Email/Text: bncmail@w-legal.com | Aug 02 2023 23:54:00 | TD BANK USA, N.A, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519985715 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 02 2023 23:53:00 | THE BANK OF NEW YORK MELLON at. el, c/o Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519921883 | + | Email/Text: bncmail@w-legal.com | Aug 02 2023 23:54:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519921885 | ^ | MEBN | Aug 02 2023 23:45:25 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519947108 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 02 2023 23:51:16 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 519921886 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 03 2023 00:02:22 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 02, 2023 | Form ID: plncf13 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2023         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2023 at the address(es) listed below:**

**Name**             **Email Address**

Denise E. Carlon
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS INC.  ASSET-BACKED CERTIFICATES, SERIES 2004-11
    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Thomas G. Egner
    on behalf of Debtor Mollie R. Pitock tegner@mcdowelllegal.com
    tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4