UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Angela C. Pattison, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: apattison@hillwallack.com
*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS Inc., Asset Backed Certificates, Series 2004-11*

| | |
|---|---|
| In Re:<br><br>Mollie R. Pitock aka Mollie Rochelle Pitock aka Mollie Pitock<br><br>Debtor(s). | Case No.: 23-14325-JNP<br><br>Chapter: 13<br><br>Judge: Jerrold N. Poslusny Jr., U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of NewRez LLC dba Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS Inc., Asset Backed Certificates, Series 2004-11.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

> Hill Wallack LLP
> 21 Roszel Road, P.O. Box 5226
> Princeton, NJ 08543

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

By: */s/ Angela C. Pattison*

Dated: August 25, 2023

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Angela C. Pattison, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: apattison@hillwallack.com<br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS Inc., Asset Backed Certificates, Series 2004-11* | |
| In Re:<br><br>Mollie R. Pitock aka Mollie Rochelle Pitock aka Mollie Pitock<br><br>　　　　　　　　Debtor(s). | Case No.: 23-14325-JNP<br><br>Chapter: 13<br><br>Judge: Jerrold N. Poslusny Jr., U.S.B.J. |

## CERTIFICATION OF SERVICE

1. I, Latesha Jenkins:

    ☐ represent _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

1. On <u>August 25, 2023</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

　　　　　　　　　　　　　　　　　　　　　*/s/* Latesha Jenkins　　　　　
Dated: August 25, 2023　　　　　　　　　　Latesha Jenkins

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mollie R. Pitock<br>27 Spar Drive<br>Unit B<br>Erial, NJ 08081 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Thomas G. Egner<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.