Order Filed on March 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> **Caption in compliance with D.N.J. LBR 9004-1(b)** <br><br> **HILL WALLACK LLP** <br> Elizabeth K. Holdren, Esq. <br> 21 Roszel Road, P.O. Box 5226 <br> Princeton, NJ 08543-5226 <br> Phone: 609-734-6345 <br> Email: eholdren@hillwallack.com <br> Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2004-11 |
| **In Re:** <br><br> Mollie R. Pitock aka Mollie Rochelle Pitock aka Mollie Pitock <br><br> Debtor. |

Case No. 23-14325-JNP

Chapter 13

Hearing Date: March 4, 2025

Judge: Jerrold N. Poslusny, Jr.

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 5, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor(s):   Mollie R. Pitock aka Mollie Rochelle Pitock aka Mollie Pitock
Case No:    23-14325-JNP
Caption:    Order Resolving Motion for Relief from Stay

_____

| | |
|---|---|
| Movant: | NewRez LLC d/b/a Shellpoint Mortgage as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2004-11 |
| Movant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | Thomas G. Egner, Esq. |
| Property Involved ("Collateral"): | 27 Spar Drive, Sicklerville, NJ 08081 |

Relief sought:

✓    **Motion for Relief**

For good cause shown, it is **ORDERED** as follows:

1. Status of post-petition arrearages:

   - The Debtor is overdue for **5** months, from **October 1, 2024** to **February 1, 2025**.

   - The Debtor is overdue for **5** payments at **$1,648.92** per month.

   - Less Funds held in debtor(s) suspense **$1,379.18**

   Total Arrearages Due through **February 28, 2025** is **$6,865.42.**

2. Debtor must cure all post-petition arrearages as follows:

   - Beginning on **March 1, 2025**, regular monthly mortgage payments shall continue to be made in the amount **1,648.92** (subject to change).

   - Post-petition arrears in the amount of **$6,865.42** shall be capitalized into debtors' Chapter 13 Plan. Chapter 13 Standing Trustee shall adjust debtors' monthly trustee payments accordingly.

3. Payments to the Secured Creditor shall be made to the following address(es):

Debtor(s):   Mollie R. Pitock aka Mollie Rochelle Pitock aka Mollie Pitock
Case No:    23-14325-JNP
Caption:    Order Resolving Motion for Relief from Stay

_____

- ✓ Regular monthly payment:     NewRez LLC d/b/a Shellpoint Mortgage Servicing

    Bankruptcy Department
    PO Box 650840
    Dallas, TX 75265-0840

- ✓ Cure payments:              n/a

4. In the event of Default:

If the Debtor fails to make any regular monthly payments within **thirty (30)** days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

5. Award of Attorneys' Fees:

- ✓ The Applicant is awarded attorney's fees of **$500.00** expended in relation to the Motion for Relief and the filing cost of **$199.00**. The fees and costs are payable through the Chapter 13 plan.