| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road, P.O. Box 5226<br>Princeton, NJ 08543-5226<br>Phone: 609-734-6345<br>Email: eholdren@hillwallack.com<br>Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2004-11 | Order Filed on March 5, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>Mollie R. Pitock aka Mollie Rochelle Pitock aka Mollie Pitock<br><br>Debtor. | Case No. 23-14325-JNP<br><br>Chapter 13<br><br>Hearing Date: March 4, 2025<br><br>Judge: Jerrold N. Poslusny, Jr. |

### ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 5, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page | 2

Debtor(s):  Mollie R. Pitock aka Mollie Rochelle Pitock aka Mollie Pitock
Case No:   23-14325-JNP
Caption:   Order Resolving Motion for Relief from Stay

_____

| | |
|---|---|
| Movant: | NewRez LLC d/b/a Shellpoint Mortgage as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2004-11 |
| Movant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | Thomas G. Egner, Esq. |
| Property Involved ("Collateral"): | 27 Spar Drive, Sicklerville, NJ 08081 |

Relief sought:

- ✓ **Motion for Relief**

For good cause shown, it is **ORDERED** as follows:

1. Status of post-petition arrearages:

   - The Debtor is overdue for **5** months, from **October 1, 2024** to **February 1, 2025**.

   - The Debtor is overdue for **5** payments at **$1,648.92** per month.

   - Less Funds held in debtor(s) suspense **$1,379.18**

   Total Arrearages Due through **February 28, 2025** is **$6,865.42.**

2. Debtor must cure all post-petition arrearages as follows:

   - Beginning on **March 1, 2025**, regular monthly mortgage payments shall continue to be made in the amount **1,648.92** (subject to change).
   - Post-petition arrears in the amount of **$6,865.42** shall be capitalized into debtors' Chapter 13 Plan. Chapter 13 Standing Trustee shall adjust debtors' monthly trustee payments accordingly.

3. Payments to the Secured Creditor shall be made to the following address(es):

Debtor(s):  Mollie R. Pitock aka Mollie Rochelle Pitock aka Mollie Pitock
Case No:   23-14325-JNP
Caption:   Order Resolving Motion for Relief from Stay
_____

&check; Regular monthly payment:     NewRez LLC d/b/a Shellpoint Mortgage Servicing

Bankruptcy Department
PO Box 650840
Dallas, TX 75265-0840

&check; Cure payments:                     n/a

4. In the event of Default:

If the Debtor fails to make any regular monthly payments within **thirty (30)** days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

5. Award of Attorneys' Fees:

&check; The Applicant is awarded attorney's fees of **$500.00** expended in relation to the Motion for Relief and the filing cost of **$199.00**. The fees and costs are payable through the Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Mollie R. Pitock  
    Debtor

Case No. 23-14325-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Mar 05, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2025:**

**Recip ID**      **Recipient Name and Address**  
db      +    Mollie R. Pitock, 27 Spar Drive, Unit B, Erial, NJ 08081-2301

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 07, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2025 at the address(es) listed below:

**Name**      **Email Address**

Andrew B Finberg  
     ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon  
     on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS INC. ASSET-BACKED CERTIFICATES, SERIES 2004-11  
     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren  
     on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS INC. ASSET-BACKED CERTIFICATES, SERIES 2004-11  
     eholdren@hillwallack.com,  
     jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Thomas G. Egner  
     on behalf of Debtor Mollie R. Pitock tegner@mcdowelllegal.com  
     tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@

mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5