UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WAU 25-031221
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO

In Re:

JMOLLIE R. PITOCK AKAMOLLIE ROCHELLE PITOCK AKAMOLLIE PITOCK,

DEBTOR

Case No.: 23-14325
Adv. Pro. No.: 
Chapter: 13
Hearing Date: 5-6-2025
Judge: JNP

**ADJOURNMENT REQUEST**

1. I, Elizabeth L. Wassall, Esq.,

    ☒ am the attorney for: Secured Creditor,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion for Relief from Stay   ECF Doc.: 38

    Current hearing date and time: 5-6-2025 at 11:00 a.m.

    New date requested: 6-2-2025 at 11:00 am

    Reason for adjournment request: To work on a consent order.

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 5-1-2025                                              /s/Elizabeth L. Wassall
                                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

[x] Granted          New hearing date: 6/2/25 at 11          [ ] Peremptory

[ ] Granted over objection(s)   New hearing date: _____   [ ] Peremptory

[ ] Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2