4/28/2025

To: Clerk of the United States Bankruptcy Court

Mitchell H. Cohen U.S. Courthouse

400 Cooper Street

Camden, NJ 08101

Case NO.:23-14325-JNP

Mollie Pitock

Hello,

I am writing in regards to a notice I received NOTICE OF MOTION TO VACATE THE AUTOMATIC STAY in regards to my auto account with WELLS FARGO BANK, N.A., d/b/a Wells Fargo Auto with regard to my 2017 Acura TLX (VIN 19UUB1F30HA008657)

I am past due on my payments, but I wanted to update the court that I made the following payments:

4/16 $860.00

4/18 $200

I will be making a payment for $429 on 5/2 for the remaining past due balance.

Please let me know if I must attend the court date for 5/6 at 11:00am in Courtroom 4C.

Sincerely,

Mollie Pitock

Cell#856-723-2414

[FILED stamp: JEANNE A. NAUGHTON, CLERK, MAY 06 2025, U.S. BANKRUPTCY COURT, CAMDEN, N.J., BY _____ DEPUTY]

# WELLS FARGO

> This auto account is impacted by bankruptcy, so some online banking services may not be available. To make a voluntary payment, call 1-888-875-9372.

## AUTO LOAN
Account ...5358

**$6,064.90**
Outstanding principal balance†

### Balance Details †

| | |
|---|---|
| Next payment on  03/10/25 | **$625.93** |
| **Principal and interest** | $197.16 |
| **Late fees charged prior to bankruptcy** | $0.00 |
| **Past due amount** | $428.77 |
| **Total amount** | **$625.93** |
| Last payment received 04/18/25 | $200.00 |
| Outstanding principal balance   Get payoff quote (?) | $6,064.90 |

† The information in the Balance Details section may not reflect changes to your account that have occurred in the past 24 hours.

## Activity

First
Previous
Next

| Date | Description | Amount |
|---|---|---|

**Pending Transactions**

No pending transactions to view.

**Posted Transactions**

| Date | Description | Amount |
|---|---|---|
| 04/18/25 | IVR DIRECTDEBIT PAYMENT | $200.00 |
| 04/16/25 | DIRECTDEBIT PAYMENT | $860.00 |
| 01/29/25 | IVR DIRECTDEBIT PAYMENT | $429.00 |
| 12/12/24 | IVR DIRECTDEBIT PAYMENT | $454.00 |
| 11/14/24 | IVR DIRECTDEBIT PAYMENT | $430.00 |
| 10/12/24 | IVR DIRECTDEBIT PAYMENT | $430.00 |
| 09/26/24 | IVR DIRECTDEBIT PAYMENT | $430.00 |
| 07/11/24 | IVR DIRECTDEBIT PAYMENT | $428.77 |
| 06/13/24 | IVR DIRECTDEBIT PAYMENT | $428.77 |
| 05/03/24 | IVR DIRECTDEBIT PAYMENT | $428.77 |
| 04/04/24 | IVR DIRECTDEBIT PAYMENT | $428.77 |
| 03/13/24 | IVR DIRECTDEBIT PAYMENT | $714.62 |
| 03/08/24 | IVR DIRECTDEBIT PAYMENT | $500.00 |
| 01/11/24 | IVR DIRECTDEBIT PAYMENT | $429.00 |
| 01/05/24 | IVR DIRECTDEBIT PAYMENT | $429.00 |
| 11/16/23 | IVR DIRECTDEBIT PAYMENT | $500.00 |
| 10/05/23 | IVR DIRECTDEBIT PAYMENT | $428.77 |
| 08/10/23 | IVR DIRECTDEBIT PAYMENT | $428.77 |
| 07/13/23 | IVR DIRECTDEBIT PAYMENT | $428.77 |
| 06/29/23 | IVR DIRECTDEBIT PAYMENT | $428.77 |
| 05/19/23 | WEB DIRECTDEBIT PAYMENT | $428.77 |
| 04/10/23 | WEB DIRECTDEBIT PAYMENT | $428.77 |
| 03/10/23 | WEB DIRECTDEBIT PAYMENT | $428.77 |
| 02/11/23 | WEB DIRECTDEBIT PAYMENT | $428.77 |
| 01/13/23 | WEB DIRECTDEBIT PAYMENT | $428.77 |
| 12/15/22 | WEB DIRECTDEBIT PAYMENT | $428.77 |
| 11/03/22 | WEB DIRECTDEBIT PAYMENT | $428.77 |

**Virtua** Health

**Virtua Cardiology**
239 Hurffville Crosskeys Road
Suite 210
Sewell, NJ 08080

**RETURN SERVICE REQUESTED**

US POSTAGE PITNEY BOWES
ZIP 08053
02 7W
0008027735 APR 29 2025
$000.69⁰

SOUTH JERSEY NJ 080
29 APR 2025 PM 5

RECEIVED
MAY 6 2025
AT 8:30 ____M
CLERK, U.S. DISTRICT COURT - DNJ

Mitchell H. Cohen US Courthouse
400 Cooper St.
Camden, NJ 08101