| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Thomas G. Egner, Esq.<br>McDowell Law, PC<br>46 West Main St.<br>Maple Shade, NJ 08052<br>Phone: 856-482-5544 / Fax: 856-482-5511<br>tegner@mcdowelllegal.com | Order Filed on June 12, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Mollie R. Pitock,<br><br>                  Debtor. | Case No.:   23-14325-JNP<br>Chapter:    13<br>Judge:      Poslusny |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 12, 2025**

*/s/ Jerrold N. Poslusny, Jr.*
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas G. Egner_____ , the applicant, is allowed a fee of $ _____967.50_____ for services rendered and expenses in the amount of $_____11.48_____ for a total of $_____978.98_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____923.00_____ per month for _36 remaining_ months to allow for payment of the above fee.

*rev.8/1/15*