Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

> Case No.: 23−14325−JNP
> Chapter: 13
> Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mollie R. Pitock
   aka Mollie Rochelle Pitock, aka Mollie
   Pitock
   27 Spar Drive
   Unit B
   Erial, NJ 08081

Social Security No.:
   xxx−xx−6361

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 11/4/25 at 11:00 AM

to consider and act upon the following:

*56* − Certification in Opposition to (related document:55 Creditor's Certification of Default (related document:34 Order on Motion For Relief From Stay) filed by Elizabeth K. Holdren on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS INC., ASSET−BACKED CERTIFICATES, SERIES 2004−11. Objection deadline is 10/16/2025. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS INC., ASSET−BACKED CERTIFICATES, SERIES 2004−11) filed by Thomas G. Egner on behalf of Mollie R. Pitock. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Egner, Thomas)

Dated: 10/9/25

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court