Order Filed on December 12, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> **Caption in compliance with D.N.J. LBR 9004-1(b)** <br><br> **HILL WALLACK LLP** <br> Elizabeth K. Holdren, Esq. <br> 21 Roszel Road, <br> PO Box 5226 <br> Princeton, NJ 08543-5226 <br> 609-734-6345 <br> Email: eholdren@hillwallack.com <br> Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-11 | |
| **In Re:** <br> Mollie R. Pitock <br> aka Mollie Rochelle Pitock <br> aka Mollie Pitock, <br>     Debtor. | Chapter: 13 <br><br> Case No.: 23-14325-JNP <br><br> Hearing Date: <br><br> Judge: Jerrold N. Poslusny Jr. |

## ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: December 12, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtors:   Mollie R. Pitock aka Mollie Rochelle Pitock aka Mollie Pitock,
Case No:   23-14325-JNP
Caption:   Order Resolving Creditor's Certification of Default

| | |
|---|---|
| Movant: | NewRez LLC dba Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-11 |
| Movant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | Thomas G. Egner, Esq. |
| Property Involved ("Collateral"): | 27 Spar Dr, Gloucester Township, NJ 08081 |

Relief sought:

- ✓ **Creditor's Certification of Default**

For good cause shown, it is **ORDERED** as follows:

1. Status of post-petition arrearages:

   - The Debtor is overdue for **1** months, from **November 1, 2025**.

   - The Debtor is overdue for **1** payments at **$1,688.66** per month.

   - Less Funds held in debtor(s) suspense **$4.94**.

   **Total Arrearages Due through November 24, 2025 are $1,683.72 (the "Arrears").**

2. Debtor must cure all post-petition arrearages as follows:

   - Payment shall be made in the amount of **$1,683.72** to cure the balance of the Arrears. Said payment shall be made no later than **November 30, 2025**.

   - Beginning on **December 1, 2025,** regular monthly mortgage payments shall continue to be made in the amount **$1,688.66** (subject to change).

Debtors:  Mollie R. Pitock aka Mollie Rochelle Pitock aka Mollie Pitock,
Case No:  23-14325-JNP
Caption:  Order Resolving Creditor's Certification of Default

3. Payments to the Secured Creditor shall be made to the following address(es):

   ✓ Regular monthly payment:     Shellpoint Mortgage Servicing

                                  Bankruptcy Department
                                  PO Box 10826
                                  Greenville, SC 29603-0675

   ✓ Immediate payment:                  same as above

4. In the event of Default:

If the Debtor fails to make any regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

5. Award of Attorneys' Fees:

   ✓ The Applicant is awarded attorney's fees of **$200.00** expended in relation to the Creditor's Certification of Default. The fees and costs are payable through the Chapter 13 plan.