|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> **Caption in compliance with D.N.J. LBR 9004-1(b)** <br><br> **HILL WALLACK LLP** <br> Elizabeth K. Holdren, Esq. <br> 21 Roszel Road, <br> PO Box 5226 <br> Princeton, NJ 08543-5226 <br> 609-734-6345 <br> Email: eholdren@hillwallack.com <br> Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-11 | Order Filed on December 12, 2025 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| **In Re:** <br> Mollie R. Pitock <br> aka Mollie Rochelle Pitock <br> aka Mollie Pitock, <br>         Debtor. | Chapter: 13 <br><br> Case No.: 23-14325-JNP <br><br> Hearing Date: <br><br> Judge: Jerrold N. Poslusny Jr. |

### ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: December 12, 2025**

_/s/ Jerrold N. Poslusny, Jr._
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtors:  Mollie R. Pitock aka Mollie Rochelle Pitock aka Mollie Pitock,
Case No:  23-14325-JNP
Caption:  Order Resolving Creditor's Certification of Default

| | |
|---|---|
| Movant: | NewRez LLC dba Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-11 |
| Movant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | Thomas G. Egner, Esq. |
| Property Involved ("Collateral"): | 27 Spar Dr, Gloucester Township, NJ 08081 |

Relief sought:

- ✓ **Creditor's Certification of Default**

For good cause shown, it is **ORDERED** as follows:

1. Status of post-petition arrearages:

   - The Debtor is overdue for **1** months, from **November 1, 2025**.

   - The Debtor is overdue for **1** payments at **$1,688.66** per month.

   - Less Funds held in debtor(s) suspense **$4.94**.

   **Total Arrearages Due through November 24, 2025 are $1,683.72 (the "Arrears").**

2. Debtor must cure all post-petition arrearages as follows:

   - Payment shall be made in the amount of **$1,683.72** to cure the balance of the Arrears. Said payment shall be made no later than **November 30, 2025**.

   - Beginning on **December 1, 2025,** regular monthly mortgage payments shall continue to be made in the amount **$1,688.66** (subject to change).

Page | 3
Debtors:  Mollie R. Pitock aka Mollie Rochelle Pitock aka Mollie Pitock,
Case No:  23-14325-JNP
Caption:  Order Resolving Creditor's Certification of Default

3. Payments to the Secured Creditor shall be made to the following address(es):

   ✓ Regular monthly payment:   Shellpoint Mortgage Servicing

   Bankruptcy Department
   PO Box 10826
   Greenville, SC 29603-0675

   ✓ Immediate payment:         same as above

4. In the event of Default:

If the Debtor fails to make any regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

5. Award of Attorneys' Fees:

   ✓ The Applicant is awarded attorney's fees of **$200.00** expended in relation to the Creditor's Certification of Default. The fees and costs are payable through the Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-14325-JNP |
| Mollie R. Pitock | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 12, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

**Recip ID    Recipient Name and Address**
db           + Mollie R. Pitock, 27 Spar Drive, Unit B, Erial, NJ 08081-2301

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed below:

**Name          Email Address**

Andrew B Finberg
                courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
                on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
                on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS INC.  ASSET-BACKED CERTIFICATES, SERIES 2004-11
                dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren
                on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS INC.  ASSET-BACKED CERTIFICATES, SERIES 2004-11
                eholdren@hillwallack.com, hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Elizabeth L. Wassall

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 12, 2025 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Thomas G. Egner

on behalf of Debtor Mollie R. Pitock tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7